UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>F. RODRIGUEZ, et al.,<br><br>    Defendants. | No.  2:19-cv-1840 CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983.  On March 19, 2020, the court screened plaintiff's complaint as the court is required to do under 28 U.S.C. § 1915A(a).  Plaintiff's complaint was dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended complaint.  In his amended complaint, plaintiff alleges violations of his civil rights took place in Kern County, which is part of the Fresno Division of this court.  See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

1

    2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

Dated: May 12, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
brow1840.22

2